# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| German Aguirre Escamilla, ) <br> Javier Perez, Reyes Alfonso Dominguez Rios ) <br> Jonathan Medrano, and Horacio Camacho ) <br>                      Plaintiffs, ) <br>    v.                                   ) <br>                                    ) <br> Precision Gunite, LLC. and ) <br> Jeremy Baker ) <br>                      Defendants. ) | 4:23-cv-00415-ALM |

## **ORDER**

Before the Court is Plaintiffs' Unopposed Motion of Voluntary Dismissal Without Prejudice Pursuant to F.R.C.P. 41(a)(2) (Dkt. #16). The Court finds the motion should be and hereby is GRANTED.

It is therefore ORDERED that this case is dismissed without prejudice. Precision Gunite, LLC. and Jeremy Baker are hereby dismissed without prejudice.

**IT IS SO ORDERED.**

SIGNED this 3rd day of January, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE